IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN DAVID GOSS                                                                                          PLAINTIFF

V.                                            No. 4:21-CV-00663-LPR

KILOLO KIJAKAZI,
ACTING COMMISSIONER of
SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED.   Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 22nd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE